Ray Lyman WILBUR, Secretary of the Interior, Appellant, v. UNITED STATES of America ex rel. Ethel McLENNAN, Appellee.*

Ray Lyman WILBUR, Secretary of the Interior, and C. C. Moore, Commissioner of the General Land Office, Appellants, v. W. B. PYRON, Appellee.

SAME v. UNITED STATES of America ex rel. H. H. SIMPSON, Appellee.

Nos. 5247, 5250, 5251.

Court of Appeals of District of Columbia.

Argued Oct. 15, 1930.

Decided Dec. 1, 1930.

O. H. Graves and E. C. Finney, both of Washington, D. C., for appellants.

L. E. Hoffman, Peter Q. Nyce, and Chester I. Long, all of Washington, D. C., and William O. Wilson, of Cheyenne, Wyo., for appellee in No. 5247.

John W. Fisher and Weston Vernon, Jr., both of Washington, D. C., and Jas. Leovy, of Los Angeles, Cal., for appellee in No. 5250.

Homer Hendricks, of Washington, D. C., for appellee in No. 5251.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

ROBB, Associate Justice.

These cases were argued and presented with No. 5241, Wilbur v. United States ex rel. Barton, 60 App. D. C. 11, 46 F.(2d) 217, just decided, and the decision in that case is controlling here.

The judgment in each case will be reversed, and the cause remanded.

Reversed.

For reasons stated in his dissenting opinion in No. 5241, Wilbur v. United States ex rel. Barton, 60 App. D. C. 11, 46 F.(2d) 217, Mr. Justice VAN ORSDEL dissents.

*Certiorari granted 51 S. Ct. 343, 75 L. Ed. —.